JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MIMS, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>FEDERAL EXPRESS CORPORATION;<br>and DOES 1-50, inclusive,<br><br>       Defendants. | Case No. CV13-3947 AB (SS)<br>Courtroom:<br><br>[PROPOSED] JUDGMENT IN<br>FAVOR OF DEFENDANT<br>FEDERAL EXPRESS<br>CORPORATION<br><br>Complaint Filed: April 19, 2013<br>Trial Date:   January 20, 2015 |

In conformity with the Special Verdict rendered by the jury on January 29, 2015, a copy of which is attached hereto as Exhibit "A," judgment is hereby entered in favor of defendant Federal Express Corporation. Federal Express Corporation is to recover its costs of suit herein after submitting a bill of costs.

SO ORDERED.

DATED: __February 27, 2015__     By: _____

HON. ANDRE BIROTTE JR.

JUDGE, UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

# EXHIBIT "A"

```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                              JAN 2 9 2015

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MIMS, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL EXPRESS CORPORATION;<br>and DOES 1-50, inclusive,<br><br>          Defendants. | Case No.  CV 13-03947-AB (SSx)<br><br>Redacted<br>**SPECIAL VERDICT FORM** |

We answer the Questions submitted to us as follows:

### A.   **Retaliation**

**Question 1**: Did Ann Mims complain of discrimination, harassment or retaliation?

\_\_\_\_✓\_\_\_\_ Yes          _____ No

**If you answered YES to Question 1, then answer Question 2. If you answered NO to Question 1, STOP HERE do not answer any further questions and have the presiding juror sign and date this form.**

**Question 2**: Did FedEx demote Mims, reduce her AIC bonus or discharge Mims' employment?

\_\_\_✓\_\_\_\_ Yes          _____ No

Case 2:13-cv-03947-AB-SS   Document 158   Filed 01/29/15   Page 2 of 5   Page ID #:4972

**If you answered YES to Question 2, then answer Question 3. If you answered NO to Question 2, STOP HERE do not answer any further questions and have the presiding juror sign and date this form.**

**Question 3**: Was Mims' complaint of discrimination, harassment or retaliation a substantial motivating reason for FedEx's decision to demote Mims, reduce her AIC bonus or discharge Mims?

_____ Yes          ✓          No

**If you answered YES to Question 3, then answer Question 4. If you answered NO to Question 3, STOP HERE, do not answer any further questions and have the presiding juror sign and date this form.**

**Question 4**: Were the complaints about Ann Mims by employees and other managers, Ann Mims' resistance to counseling from her manager and Ann Mims' performance also substantial motivating reasons for FedEx's decision to demote Mims, reduce her AIC bonus or discharge her employment?

_____ Yes          _____ No

**If you answered YES to Question 4, then answer Question 5. If you answered NO to Question 4, SKIP Question 5 and go to Question 6.**

**Question 5**: Would FedEx have demoted Mims, reduced her AIC bonus or discharged Mims, had she not complained of discrimination, harassment or retaliation?

_____ Yes          _____ No

///
///

Case No. CV 13-03947-AB (SSx)                    2                    SPECIAL VERDICT FORM

**If you answered NO to Question 5, then answer Question 6. If you answered YES to Question 5, STOP HERE, answer no further questions, and have the presiding juror sign and date this form.**

**Question 6**: Was FedEx's conduct a substantial factor in causing harm to Mims?

_____ Yes          _____ No

**If you answered YES to Question 6, then answer Question 7. If you answered NO to Question 6, STOP HERE, answer no further questions, and have the presiding juror sign and date this form.**

**Question 7**: Did Ann Mims lie on her Employment Application?

_____ Yes _____ No

**If you answered YES to Question 7, go to Question 8.  If you answered NO to Question 7, go to Question 9.**

**Question 8**: If Federal Express Corporation had learned that Ann Mims lied on her Employment Application, would FedEx have terminated Ann Mims' employment?

_____ Yes _____ No

**Go to Part B.**

///

///

///

**B.**   **Damages**

**Question 9:**

    a.    Past economic loss: $_____

    b.    Future economic loss: $_____

    c.    Past non-economic loss: $_____

    d.    Future non-economic loss: $_____


**Go to Part C.**


**C.**   **Punitive Damages**


**Question 10:** Did Steven Carkeet act with malice, oppression, or fraud?

\_\_\_\_\_ Yes \_\_\_\_\_ No


**If you answered YES to question 10, then answer question 11. If you answered NO to question 10, STOP HERE, answer no further questions, and have the presiding juror sign and date this form.**


**Question 11:** Was Steven Carkeet a managing agent of Federal Express Corporation acting on behalf of Federal Express Corporation?

\_\_\_\_\_ Yes \_\_\_\_\_ No


**If you answered YES to question 11, then answer question 12. If you answered No to question 11, STOP HERE, answer no further questions, and have the presiding juror sign and date this form.**

///

///

**Question 12:** What amount of punitive damages, if any, do you award Ann Mims? $ _____

**Have the presiding juror sign and date this form.**

Dated: _1-29-2015_          Signed: _____ _/S/_

                                            Presiding Juror

       After this verdict form has been signed and dated, please deliver the verdict form to the bailiff.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///